IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JAMES BOWMAN                                                                                    PLAINTIFF

v.                                     CIVIL NO. 09-2114

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                                  DEFENDANT

## MEMORANDUM OPINION

Plaintiff, James Bowman, filed this action on September 17, 2009, seeking judicial review of a decision of the Commissioner of Social Security (Commissioner) pursuant to 42 U.S.C. § 405(g). (Doc. # 1). In place of an answer, Defendant filed a motion to remand for further administrative action pursuant to sentence six of 42 U.S.C. § 405(g). (Doc. # 12). Specifically, Defendant seeks remand to locate the recording of Plaintiff's administrative hearing held on November 6, 2008.

Pursuant to sentence six of 42 U.S.C. § 405(g), a district court may remand a social security case when the Commissioner, for good cause, requests remand to take further administrative action before filing an answer to the complaint. 42 U.S.C. §405(g); *Shalala v. Schaefer*, 509 U.S. 292, 113 S.Ct. 2625 (1993). Defendant has satisfied the statutory requirements, and good cause supports his request for remand.

Based on the foregoing, we grant Defendant's motion and remand this case to the Commissioner for further administrative action pursuant to sentence six of 42 U.S.C. § 405(g).

DATED this 25th day of May 2010.

/s/ J. Marschewski
HON. JAMES R. MARSCHEWSKI
CHIEF U.S. MAGISTRATE JUDGE

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

MAY 25 2010

CHRIS R. JOHNSON, CLERK
BY
       DEPUTY CLERK