IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JAMES BOWMAN                                                              PLAINTIFF

v.               Civil No. 09-2114

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                           DEFENDANT

## ORDER

For reasons stated in a memorandum opinion of this date, we hereby remand this case to the Commissioner for further consideration pursuant to sentence six of 42 U.S.C. § 405(g).

IT IS SO ORDERED AND ADJUDGED this 25th day of May 2010.

/s/ J. Marschewski
HON. JAMES R. MARSCHEWSKI
CHIEF U.S. MAGISTRATE JUDGE

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

MAY 25 2010

CHRIS R. JOHNSON, CLERK
BY
        DEPUTY CLERK

AO72A
(Rev. 8/82)